The following constitutes
the order of the court. Signed October 25, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

DONNA S. TAMANAHA (WI 1013199)
Assistant United States Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
BARBARA A. MATTHEWS (SBN 195084)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Suite 5-0153
San Francisco, California 94102
Email: Barbara.A.Matthews@usdoj.gov
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 16-42231 RLE |
| THE REMODELING COMPANY, INC. | Chapter 11 |
| | Date: October 25, 2016 |
| | Time: 1:30 p.m. |
| | Place: Room 201, 1300 Clay Street |
| Debtor-in-Possession. | Oakland, California 94612 |

## ORDER CONVERTING CASE TO CHAPTER 7

The matter of the *United States Trustee's Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case or Appoint a Chapter 11 Trustee* came on for hearing on October 25, 2016 at 1:30 p.m. before the Honorable Roger L. Efremsky. Minnie Loo appeared for the United States Trustee; Demas W. Yan (also known as Dennis Yan) appeared for the Debtor; and Glenn Kelble appeared for a secured creditor. For the reasons stated on the record,

and notice being proper, IT IS HEREBY ORDERED

  (1)  The United States Trustee's Motion is granted;

  (2)  The above-captioned case is converted to a case under Chapter 7 of the Bankruptcy Code.

***END OF ORDER***

## CERTIFICATE OF SERVICE

<u>Debtor</u>

The Remodeling Company, Inc.
912 North Hunter Street.
Stockton, CA 95202